## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REPUBLICAN NATIONAL
COMMITTEE

       *Plaintiff,*

    v.

ANTHONY ALBENCE, in his
official capacity as State Election
Commissioner of the State of
Delaware,

       *Defendant*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-00343-GBW

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, counsel for Defendant Anthony Albence ("Defendant") and counsel for Republican National Committee ("Plaintiff") have conferred and agreed to extend the date by which Defendant shall answer, move, or otherwise respond to the Complaint (D.I. 1);

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1. Defendant's deadline for answering, move, or otherwise respond to Plaintiff's Complaint is extended to **May 22, 2026**.

Date: April \_\_\_, 2026

| | |
|---|---|
| **HALLORAN FARKAS + KITTILA LLP** | **DELAWARE DEPARTMENT OF JUSTICE** |
| | |
| */s/ Theodore A. Kittila* | */s/ Emily V. Burton* |
| M. Jane Brady (Bar No. 1) | Emily V. Burton (Bar No. 5142) |
| Theodore A. Kittila (Bar No. 3963) | State of Delaware |
| 5722 Kennett Pike | 820 N. French Street, 6th Floor |
| Wilmington, Delaware 19807 | Wilmington, DE 19801 |
| Phone: (302) 257-2025 | Phone:  (302) 577-5374 |
| Email: mjb@hfk.law \| tk@hfk.law | Email: Emily.Burton@Delaware.gov |
| | |
| *Counsel for Plaintiff Republican National Committee* | *Counsel for Defendant Anthony J. Albence, Delaware State Election Commissioner* |

**SO ORDERED**, this \_\_\_ day of _____, 2026.

_____
United States District Court Judge
for the District of Delaware

2