**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 1:26-cv-343-GBW |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS THE PENDING ACTION WITHOUT PREJUDICE

WHEREAS, counsel for Defendant Anthony Albence ("Defendant") and counsel for Republican National Committee ("Plaintiff") have conferred and agreed to dismiss this pending action without prejudice pending review of materials agreed to be exchanged;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1. The above-captioned matter is dismissed without prejudice; and

2. Each party shall bear their respective costs.

Date: June 12, 2026

**HALLORAN FARKAS + KITTILA LLP**

/s/ M. Jane Brady
M. Jane Brady (Bar No. 1)
Theodore A. Kittila (Bar No. 3963)
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email: mjb@hfk.law | tk@hfk.law

*Counsel for Plaintiff Republican National Committee*

**DELAWARE DEPARTMENT OF JUSTICE**

/s/ Emily V. Burton
Emily V. Burton (Bar No. 5142)
State of Delaware
820 N. French Street, 6th Floor
Wilmington, DE 19801
Phone:  (302) 577-5374
Email: Emily.Burton@Delaware.gov

*Counsel for Defendant Anthony J. Albence, Delaware State Election Commissioner*

**SO ORDERED**, this ___ day of _____, 2026, the within matter is hereby

Dismissed, without prejudice. Each party is to bear their respective costs.

_____
United States District Court Judge
for the District of Delaware

2